IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § § | |
| *Defendants*. | § § | |

## [PROPOSED] ORDER

Pending before the Court are the Notice of Entry of Default [Dkt. No. 6] and Motion for Default Judgment [Dkt. No. 7] filed by Plaintiff High Tech Republic, Inc. d/b/a Webinopoly ("Plaintiff"). Upon consideration of the Notice of Entry of Default and Motion for Default Judgment, the Consolidated Response to Plaintiff's Notice of Entry of Default and Motion for Preliminary Judgment [Dkt. No. 9] filed by Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants"), and the arguments of counsel, if any, it is the opinion of this Court that the Notice of Entry of Default and Motion for Default Judgment should each be DENIED.

It is therefore ORDERED that the Notice of Entry of Default and Motion for Default Judgment are each DENIED in their entirety.

It is further ORDERED that Plaintiff takes nothing by way of any relief sought by Plaintiff in the Notice of Entry of Default and Motion for Default Judgment.

_____
HONORABLE JUDGE KENNETH M. HOYT