IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § § | |
| *Defendants.* | § | |

**APPEARANCE OF COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE**

I, Eric Chenoweth of Ajamie LLP, am admitted or otherwise authorized to practice in this Court and appear in this case as lead counsel for Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants") for purposes of receiving notifications in this matter. I request that all further notices, inquiries, and copies of pleadings, in this action be directed and served upon me as follows:

>Eric Chenoweth
>Texas Bar No. 24006989
>Ajamie LLP
>Pennzoil Place – South Tower
>711 Louisiana, Ste. 2150
>Houston, Texas 77002
>Telephone: (713) 860-1600
>Facsimile: (713) 860-1699
>echenoweth@ajamie.com

Dated:  January 18, 2024

                                                                                              Respectfully submitted,

                                                                                              **AJAMIE LLP**

                                                                                              By: */s/ Eric Chenoweth*
                                                                                              Eric Chenoweth (attorney-in-charge)
                                                                                              Texas Bar No. 24006989
                                                                                              John S. "Jack" Edwards, Jr.
                                                                                              Texas Bar No. 24083657
                                                                                             Nicholas E. Petree
                                                                                              Texas Bar No. 24083657
                                                                                             Pennzoil Place – South Tower
                                                                                             711 Louisiana, Ste. 2150
                                                                                              Houston, Texas 77002
                                                                                              Telephone: (713) 860-1600
                                                                                              Facsimile: (713) 860-1699
                                                                                              echenoweth@ajamie.com
                                                                                              jedwards@ajamie.com
                                                                                              npetree@ajamie.com

                                                                             **ATTORNEYS FOR SHOPIFY INC., SHOPIFY COMMERCE SINGAPORE PTE. LTD., AND SHOPIFY INTERNATIONAL LIMITED**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                 */s/ Eric Chenoweth*
                                                 Eric Chenoweth