IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § § | |
| *Defendants.* | § | |

## APPEARANCE OF COUNSEL

I, Nicholas E. Petree of Ajamie LLP, am admitted or otherwise authorized to practice in this Court and appear in this case as co-counsel for Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants") for purposes of receiving notifications in this matter. I request that all further notices, inquiries, and copies of pleadings, in this action be directed and served upon me as follows:

> Nicholas E. Petree
> Texas Bar No. 24083657
> Ajamie LLP
> Pennzoil Place – South Tower
> 711 Louisiana, Ste. 2150
> Houston, Texas 77002
> Telephone: (713) 860-1600
> Facsimile: (713) 860-1699
> npetree@ajamie.com

Dated:  January 18, 2024

                                      Respectfully submitted,

**AJAMIE LLP**

By: */s/ Nicholas E. Petree*
Eric Chenoweth (attorney-in-charge)
Texas Bar No. 24006989
John S. "Jack" Edwards, Jr.
Texas Bar No. 24083657
Nicholas E. Petree
Texas Bar No. 24083657
Pennzoil Place – South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
echenoweth@ajamie.com
jedwards@ajamie.com
npetree@ajamie.com

**ATTORNEYS FOR SHOPIFY INC., SHOPIFY COMMERCE SINGAPORE PTE. LTD., AND SHOPIFY INTERNATIONAL LIMITED**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                */s/ Nicholas E. Petree*
                Nicholas E. Petree