IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER**

Pending before the Court is the Notice of Entry of Default [Dkt. No. 13] filed by Plaintiff High Tech Republic, Inc. d/b/a Webinopoly ("Plaintiff"). Upon consideration of the Notice of Entry of Default, the Response to Plaintiff's Notice of Entry of Default [Dkt. No. 14] filed by Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants"), and the arguments of counsel, if any, it is the opinion of this Court that the Notice of Entry of Default should be DENIED.

It is therefore ORDERED that the Notice of Entry of Default is DENIED in its entirety.

It is further ORDERED that Plaintiff takes nothing by way of any relief sought in the Notice of Entry of Default.

_____

HONORABLE JUDGE KENNETH M. HOYT