UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

High Tech Republic, Inc

v.                                                          Case Number: 4:23−cv−03348

Shopify Inc., et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/11/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Telephone Conference
Order for Initial Conference – FORM – Hoyt – #2

Date:    March 25, 2024

                                                                                    Nathan Ochsner, Clerk