Case 4:23-cv-03348  Document 17  Filed on 04/10/24 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIGH TECH REPUBLIC, INC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03348 |
| § | |
| SHOPIFY INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is the Notice of Entry of Default [Dkt. No. 13] filed by the plaintiff, High Tech Republic, Inc. d/b/a Webinopoly. Upon consideration of the Notice of Entry of Default, the response to the plaintiff's Notice of Entry of Default [Dkt. No. 14] filed by defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants"), and the arguments of counsel, if any, it is the opinion of this Court that the Notice of Entry of Default should be DENIED.

It is, therefore, ORDERED that the Notice of Entry of Default is DENIED in its entirety.

It is further ORDERED that the plaintiff takes nothing by way of any relief sought in the Notice of Entry of Default.

It is so ORDERED.

SIGNED on April 10, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge