Case 4:23-cv-03348   Document 18   Filed on 04/11/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03348 |
| | § | |
| SHOPIFY INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON April 11, 2024 at 9:00 AM**

Appearances:        Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | April 30, 2024 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | August 1, 2024 |
| Report furnished by: | August 1, 2024 |
| Defendant's experts to be designated by: | September 1, 2024 |
| Report furnished by: | September 1, 2024 |
| Discovery to be completed by: | October 30, 2024 |
| Dispositive motions due by: | November 20, 2024 |
| Docket call to be held at 11:30 AM on: | March 3, 2025 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on April 11, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge