IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § | |
| *Defendants*. | § § | |

## **[PROPOSED] ORDER**

Pending before the Court is the Objection to Order Following Telephone Scheduling Conference filed by Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants") at Dkt. No. 19 (the "Objection"). Upon consideration of Defendants' Objection and the response from Plaintiff High Tech Republic, Inc. d/b/a Webinopoly ("Plaintiff"), if any, it is the opinion of this Court that the Objection should be SUSTAINED.

It is therefore ORDERED that the Objection is SUSTAINED in its entirety.

It is further ORDERED that the Court's Order Following Telephone Scheduling Conference [Dkt. No. 18] is withdrawn in its entirety and all deadlines set forth therein are vacated.

It is further ORDERED that Plaintiff is hereby given sixty days from entry of this Order to affect sufficient service upon Defendants in accordance with the Federal Rules of Civil Procedure.

_____
HONORABLE JUDGE KENNETH M. HOYT