United States District Court
Southern District of Texas
**ENTERED**
May 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03348 |
| | § | |
| SHOPIFY INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the defendants' objection to the Court's Order Following Telephone Scheduling Conference. (Dkt. No. 19). In light of the Scheduling Order in place in this civil action, an expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than May 29, 2024.

It is so ORDERED.

SIGNED on May 20, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge