Case 4:23-cv-03348   Document 23   Filed on 06/06/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03348 |
| | § | |
| SHOPIFY INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is the Objection to Order Following Telephone Scheduling Conference filed by Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (the "Objection") at Dkt. No. 19. Upon consideration of Defendants' Objection and the response from the plaintiff, High Tech Republic, Inc. d/b/a Webinopoly, if any, it is the opinion of this Court that the Objection should be SUSTAINED.

It is, therefore, ORDERED that the Objection is SUSTAINED in its entirety.

It is, further ORDERED that the Court's Order Following Telephone Scheduling Conference (Dkt. No. 18) is withdrawn in its entirety and all deadlines set forth therein are vacated.

It is further ORDERED that the plaintiff is hereby given sixty days from entry of this Order to affect sufficient service upon Defendants in accordance with the Federal Rules of Civil Procedure or dismiss the appropriate defendants.

It is so ORDERED.

SIGNED on June 6, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge