**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **HIGH TECH REPUBLIC, INC. d/b/a** § | | |
| **WEBINOPOLY,** § | | |
| *Plaintiff,* § | | |
| § | | |
| **vs.** § | **CIVIL CASE NO. 4:23-CV-03348** | |
| § | | |
| **SHOPIFY, INC,** § | | |
| **SHOPIFY COMMERCE SINGAPORE** § | | |
| **PTE. LTD., SHOPIFY INT. LTD.,** § | | |
| *Defendants.* § | | |

### PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY, files this Motion to Substitute Counsel of Record, and would respectfully show the following:

Plaintiff has retained PRESTON D. STRICKLAND, STRICKLAND LAW FIRM, to represent them in this cause and requests that all future notices, orders and opinions be sent to PRESTON STRICKLAND at the following address:

**PRESTON D. STRICKLAND**
State Bar No. 24104333
preston@pstricklandlaw.com
6464 Savoy Dr., Suite. 700
Houston, Texas 77036
Office: (713) 505-1277
Cell: (832) 421-3312
Fax: (832) 827-4038

Plaintiff approves and authorizes the substitution, and the substitution is not sought for the purpose of delay.

Therefore, for the above reasons, Plaintiff, respectfully requests this Court to grant this Motion to Substitute Counsel.

Respectfully submitted,

**STRICKLAND LAW FIRM,**

BY:    */s/ Preston D. Strickland*
       **PRESTON D. STRICKLAND**
       **State Bar No. 24104333**
       6464 Savoy Dr., Suite. 700
       Houston, Texas 77036
       Office: (713) 505-1277
       Cell: (832) 421-3312
       Fax: (832) 827-4038
       preston@pstricklandlaw.com
       **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Substitute Attorney of Record was forwarded to all known counsel of record via Electronic Service on this 13th day of March, 2024.

*/s/ Willie Ben Daw, III*
Willie Ben Daw, III

NO.: 202362347

| | | |
|---|---|---|
| JORDY MATTHEWS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARQUIS JAMES, TYLER LEE, OEAT | § | |
| ENTERPRISES LLC D/B/A ISLAND | § | |
| SPICE BAR AND GRILL, AND RACHEL | § | |
| MATTHEWS D/B/A TUMBLING R | § | |
| RANCH THE FAIRGROUND | § | 129TH JUDICIAL DISTRICT |

## **ORDER**

On this day, the Court considered Defendant, Oeat Enterprises, LLC D/B/A Island Spice Bar and Grill's Motion to Substitute Counsel of Record. Having considered the Defendant's Motion, and the response, if any, the Court is of the opinion that the Motion should be granted. It is therefore

ORDERED that Defendant's Motion to Substitute Counsel of Record is hereby GRANTED. It is further

ORDERED that Willie Ben Daw, III and the law firm of Daw & Ray, L.L.P., is deemed by the Court as Defendant, Oeat Enterprises, LLC D/B/A Island Spice Bar and Grill's counsel of record.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

DAW & RAY, L.L.P.


/s/ *Willie Ben Daw, III*
Willie Ben Daw, III; SBN: 05594050
Email: wbdaw@dawray.com
5718 Westheimer, Suite 1400
Houston, Texas 77057
713/266-3121 Telephone
713/266-3188 Facsimile


STRICKLAND LAW FIRM


_____
Preston D. Strickland; SBN: 24104333
Email: Preston@pstricklandlaw.com
6464 Savoy Dr., Suite 700
Houston, Texas 77036
(713) 505-1277