IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **HIGH TECH REPUBLIC, INC. d/b/a** | § | |
| **WEBINOPOLY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL CASE NO. 4:23-CV-03348** |
| | § | |
| **SHOPIFY, INC,** | § | |
| **SHOPIFY COMMERCE SINGAPORE** | § | |
| **PTE. LTD., SHOPIFY INT. LTD.,** | § | |
| *Defendants.* | § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On _____, the Motion for Substitution of Counsel filed by Plaintiff in this cause came on for consideration by the Court.

After consideration of the pleadings, evidence, and arguments of counsel, the Court finds that the Motion to substitute PRESTON STRICKLAND as attorney of record for KRISTI B. HUBBARD should be and hereby is:

\_\_\_\_\_ **DENIED**

\_\_\_\_\_ **GRANTED**:

SIGNED ON _____.

_____
JUDGE PRESIDING