United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03348 |
| | § | |
| SHOPIFY INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the motion for substitution of counsel filed by the plaintiff in this cause came on for consideration by the Court (Dkt. No. 26).

After consideration of the pleadings, evidence, and arguments of counsel, the Court finds that the motion to substitute Preston Strickland as attorney of record for Kristi B. Hubbard should be and hereby is **GRANTED**.

It is so **ORDERED**.

SIGNED on July 23, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1