IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **HIGH TECH REPUBLIC, INC. d/b/a** | § | |
| **WEBINOPOLY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL CASE NO. 4:23-CV-03348** |
| | § | |
| **SHOPIFY, INC,** | § | |
| **SHOPIFY COMMERCE SINGAPORE** | § | |
| **PTE. LTD., SHOPIFY INT. LTD.,** | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION TO EXTEND TIME

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, HIGH TECH REPUBLIC, INC., d/b/a WEBINOPOLY, Movant herein, files this Plaintiff's Motion to Extend Time and respectfully shows the Court as follows:

1. The deadline for Movant to serve all above-referenced Defendants is August 6, 2024.

2. Movant asks the Court to extend the deadline because Movant recently substituted new counsel on July 23, 2024.

2. In addition, all Defendants are foreign corporations with their principal place of business located in either Canada, Singapore, or Dublin.

3. Movant has not had a chance to obtain additional citations and locate a reputable process server in order to properly serve the Defendants per the Court's pervious Order.

3. For the reasons stated above, Movant respectfully asks the Court to extend the time for Movant to serve all Defendants from August 6, 2024, to October 6, 2024.

## PRAYER

Movant prays that the Court set this matter for hearing by submission and, at the conclusion thereof, the Court grants this Motion and extends the deadline as requested. Movant additionally prays for such other and further relief as the Court determines to be appropriate.

Respectfully submitted,

**STRICKLAND LAW FIRM,**

BY:  */s/ Preston D. Strickland*
**PRESTON D. STRICKLAND**
**State Bar No. 24104333**
6464 Savoy Dr., Suite. 700
Houston, Texas 77036
Office: (713) 505-1277
Fax: (832) 827-4038
preston@pstricklandlaw.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that a true copy of this document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure on the following on August 6, 2024:

                                        */s/ Preston D. Strickland*
                                        **PRESTON D. STRICKLAND**