**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **HIGH TECH REPUBLIC, INC. d/b/a** | § | |
| **WEBINOPOLY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CIVIL CASE NO. 4:23-CV-03348** |
| | § | |
| **SHOPIFY, INC,** | § | |
| **SHOPIFY COMMERCE SINGAPORE** | § | |
| **PTE. LTD., SHOPIFY INT. LTD.,** | § | |
| *Defendants.* | | |

## ORDER ON MOTION TO EXTEND TIME

On _____, the Motion to Extend Time filed by Plaintiff in this cause came on for consideration by the Court.

After consideration of the pleadings, evidence, and arguments of counsel, the Court finds that the Motion should be and hereby is:

\_\_\_\_\_ **DENIED**

\_\_\_\_\_ **GRANTED**: **THE COURT ORDERS** that the deadline for Movant to serve all above-referenced defendants is August 6, 2024 is extended to _____ .

**SIGNED** on _____.

_____
JUDGE PRESIDING