United States District Court
Southern District of Texas
**ENTERED**
August 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03348 |
| | § | |
| SHOPIFY INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court reviewed the plaintiff's motion to extend time (Dkt. No. 29). After consideration of the pleadings, evidence, and arguments of counsel, the Court finds that the plaintiff's motion should be and hereby is **GRANTED**.

It is, therefore, **ORDERED** that the plaintiff's deadline for to serve all defendants in the above-referenced matter is extended until October 6, 2024.

It is so **ORDERED**.

SIGNED on August 12, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge