IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY,<br><br>*Plaintiff*,<br><br>v.<br><br>SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:23-CV-03348<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **[PROPOSED] ORDER**

Upon consideration of the Stipulated Unopposed Motion to Extend Defendants' Response Deadline (the "Motion"), it is the opinion of this Court that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED in its entirety.

It is further ORDERED that the deadline for the named Defendants to file their responses to Plaintiff's Original Complaint is extended from December 26, 2024 to January 10, 2025.

It is so ORDERED.

SIGNED on _____.

_____
HONORABLE JUDGE KENNETH M. HOYT