IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | § § § § § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER**

Upon consideration of the Stipulated Unopposed Second Motion to Extend Defendants' Response Deadline (the "Motion"), it is the opinion of this Court that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED in its entirety.

It is further ORDERED that the deadline for the named Defendants to file their responses to Plaintiff's Original Complaint is extended to January 24, 2025.

It is so ORDERED.

SIGNED on _____.

                                                           _____
                                                           HONORABLE JUDGE KENNETH M. HOYT