# **Exhibit 2**

## DECLARATION OF
## NICHOLAS E. PETREE

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. My name is Nicholas E. Petree, my date of birth is May 1, 1987, and my business address is 711 Louisiana Street, Suite 2150, Houston, Texas 77002. I am a counsel of record for Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited. The facts stated in this declaration are within my personal knowledge. I declare under penalty of perjury that they are true and correct.

2. Attached hereto is a true and correct copy of relevant excerpts from the United States District Courts – National Judicial Caseload Profile, which is publicly accessible at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2024.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Houston, Texas on January 23, 2025.

*Signature*

Nicholas E. Petree

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | \multicolumn{6}{c}{12-Month Periods Ending} |
|---|---|---|---|---|---|---|---|---|

| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 405,236 | 519,341 | 469,750 | 385,613 | 384,488 | 431,025 |
| | | Terminations | 429,308 | 380,391 | 353,351 | 383,834 | 408,133 | 394,999 |
| | | Pending | 461,481 | 599,049 | 715,242 | 716,286 | 692,219 | 724,209 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 6.4 | -17.0 | -8.2 | 11.8 | 12.1 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 1,558.7 | 1,012.6 | 783.0 | 898.1 | 758.2 | 554.1 |
| **Actions per Judgeship** | Filings | Total | 599 | 767 | 694 | 570 | 568 | 637 |
| | | Civil | 434 | 622 | 553 | 434 | 436 | 503 |
| | | Criminal Felony | 125 | 110 | 106 | 96 | 93 | 95 |
| | | Supervised Release Hearings | 40 | 35 | 35 | 39 | 39 | 38 |
| | Pending Cases [2] | | 682 | 885 | 1,056 | 1,058 | 1,022 | 1,070 |
| | Weighted Filings [2] | | 528 | 632 | 605 | 501 | 503 | 554 |
| | Terminations | | 634 | 562 | 522 | 567 | 603 | 583 |
| | Trials Completed | | 17 | 13 | 12 | 16 | 16 | 15 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.0 | 6.4 | 10.2 | 10.8 | 11.0 | 11.3 |
| | | Civil [2] | 12.2 | 8.9 | 8.6 | 10.4 | 10.4 | 8.1 |
| | From Filing to Trial [2] (Civil Only) | | 27.2 | 28.4 | 28.3 | 33.8 | 35.7 | 35.0 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 58,659 16.1 | 54,664 10.9 | 68,193 11.3 | 84,477 13.9 | 197,152 33.5 | 261,163 41.7 |
| | | Average Number of Felony Defendants Filed per Case | 1.2 | 1.2 | 1.3 | 1.3 | 1.2 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 52.3 | 51.5 | 47.9 | 51.6 | 51.0 | 49.1 |
| | | Percent Not Selected or Challenged | 38.1 | 39.6 | 38.0 | 41.2 | 41.1 | 40.6 |

**2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Total Civil | 340,683 | Total Criminal[1] | 64,355 |
|---|---|---|---|
| A-Social Security | 13,874 | A-Marijuana | 641 |
| B-Personal Injury/Product Liability | 98,899 | B-All Other Drugs | 16,162 |
| C-Prisoner Petitions | 49,571 | C-Immigration | 23,261 |
| D-Forfeitures and Penalties | 787 | D-Firearms and Explosives | 9,510 |
| E-Real Property | 4,944 | E-Fraud | 5,219 |
| F-Labor Suits | 12,938 | F-Violent Offenses | 2,338 |
| G-Contracts | 31,960 | G-Sex Offenses | 3,177 |
| H-Torts (other than Personal Injury/Product Liability) | 29,251 | H-Forgery and Counterfeiting | 101 |
| I-Intellectual Property Rights | 14,640 | I-Larceny and Theft | 706 |
| J-Civil Rights | 45,132 | J-Justice System Offenses | 680 |
| K-Antitrust | 708 | K-Regulatory Offenses | 859 |
| L-All Other Civil | 37,979 | L-All Other Criminal | 1,701 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

### U.S. District Court — Judicial Caseload Profile

**TEXAS SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 16,792 | 18,459 | 16,131 | 14,753 | 14,753 | 14,130 | | |
| | | Terminations | 15,234 | 18,282 | 15,157 | 15,779 | 14,740 | 14,155 | | |
| | | Pending | 14,246 | 14,466 | 15,588 | 14,657 | 14,631 | 14,737 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -15.9 | -23.5 | -12.4 | -4.2 | -4.2 | | 70 | 8 |
| | | Number of Judgeships | 19 | 19 | 19 | 19 | 19 | 19 | | |
| | | Vacant Judgeship Months [2] | 30.7 | 15.4 | 0.0 | 5.9 | 17.2 | 30.3 | | |
| **Actions per Judgeship** | **Filings** | Total | 884 | 972 | 849 | 776 | 776 | 744 | 12 | 2 |
| | | Civil | 364 | 356 | 313 | 314 | 340 | 342 | 40 | 6 |
| | | Criminal Felony | 427 | 535 | 452 | 373 | 346 | 310 | 3 | 2 |
| | | Supervised Release Hearings | 93 | 81 | 84 | 90 | 90 | 92 | 9 | 1 |
| | Pending Cases [2] | | 750 | 761 | 820 | 771 | 770 | 776 | 17 | 4 |
| | Weighted Filings [2] | | 657 | 682 | 631 | 592 | 584 | 580 | 24 | 6 |
| | Terminations | | 802 | 962 | 798 | 830 | 776 | 745 | 7 | 2 |
| | Trials Completed | | 23 | 20 | 18 | 23 | 25 | 15 | 43 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.6 | 4.0 | 5.3 | 5.0 | 4.8 | 5.1 | 3 | 1 |
| | | Civil [2] | 7.0 | 8.1 | 8.7 | 8.9 | 8.0 | 7.6 | 36 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 22.0 | 24.9 | 21.1 | 29.4 | 24.0 | 30.0 | 14 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 373 6.5 | 332 5.8 | 322 5.8 | 332 6.2 | 366 6.4 | 358 5.9 | 23 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 46.2 | 50.7 | 39.6 | 41.6 | 40.8 | 45.1 | | |
| | | Percent Not Selected or Challenged | 39.9 | 36.9 | 32.5 | 32.1 | 36.1 | 36.5 | | |

**2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,492 | 118 | 67 | 969 | 29 | 299 | 270 | 1,428 | 1,089 | 351 | 801 | 5 | 1,066 |
| Criminal [1] | 5,888 | 15 | 709 | 4,165 | 306 | 267 | 89 | 86 | 2 | 23 | 32 | 140 | 54 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."