IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY, *Plaintiff*, v. SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., *Defendants*. | Civil Action No. 4:23-CV-03348 |

# [PROPOSED] ORDER

Pending before the Court is the Motion to Dismiss (the "Motion") filed by Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants"). Having considered the Motion, the response filed by Plaintiff and arguments of counsel, if any, and the pleadings and documents of record, it is the opinion of this Court that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED in its entirety.

It is further ORDERED that all claims asserted by Plaintiff against each of the Defendants are hereby dismissed with prejudice.

Signed this _____ day of _____, 2025.

_____
Kenneth M. Hoyt
United States District Court Judge