Check out our free **Chrome Extension**.

 Store Leads

# Shopify Stores in Texas, United States

Updated Feb 14 2025

There are 81,180 live Shopify stores in Texas in the United States.

In this report, we'll cover the following essential statistics on Shopify stores in Texas in the United States.

- Cities with the most Shopify stores in Texas in the United States
- Social media usage on Shopify stores in Texas in the United States
- Contact information on Shopify stores in Texas in the United States
- Top categories for Shopify stores in Texas in the United States
- Top Shopify apps in Texas in the United States
- Number of employees for Shopify stores in Texas in the United States
- Top Shipping Carriers for Shopify stores in Texas in the United States
- Top-level domain distribution for Shopify stores in Texas in the United States
- Top Shopify stores in Texas in the United States

Download a complete list of Shopify stores in Texas in the United States with a paid account.

Create a free account to get a feel for the data we provide.

Access Now

# Cities With The Most Shopify Stores In Texas in the United States

EXHIBIT 1

Here is the city distribution of Shopify stores in Texas in the United States. We're only showing the top 15 cities here but you can see the full list in Store Leads.

- 10,907 Shopify stores in the United States are based in Houston.
- 7,583 Shopify stores in the United States are based in Austin.
- 6,041 Shopify stores in the United States are based in Dallas.

| City | Stores |
| --- | --- |
| Houston | 10,907 |
| Austin | 7,583 |
| Dallas | 6,041 |
| San Antonio | 3,441 |
| Fort Worth | 2,389 |
| Katy | 1,521 |
| Arlington | 1,303 |
| Plano | 1,244 |
| Spring | 1,188 |
| Frisco | 1,172 |
| El Paso | 991 |
| McKinney | 843 |
| Irving | 781 |
| Sugar Land | 778 |
| Cypress | 732 |

# Social Media Usage On Shopify Stores In Texas In the United States

Ecommerce brands use social media sites to engage with millions of consumers. Instagram and Facebook are the dominant social media sites for ecommerce stores, by far, with Twitter, Pinterest and YouTube also having notable usage.

EXHIBIT 1

- Instagram is used by 46.7% of Shopify stores in Texas in the United States.
- Facebook is used by 32.3% of Shopify stores in Texas in the United States.
- Tiktok is used by 11.8% of Shopify stores in Texas in the United States.

| Type | Stores |
|------|--------|
| Instagram | 37,897 |
| Facebook | 26,203 |
| Tiktok | 9,548 |
| YouTube | 9,094 |
| Twitter | 7,870 |
| Pinterest | 7,145 |
| LinkedIn | 3,465 |
| Facebook Group | 1,670 |

## Contact Information On Shopify Stores In Texas In the United States

Email remains an extremely popular communication channel for merchants. Many merchants also provide a phone number so that their customers can reach them instantly.

- 53% of Shopify stores in Texas in the United States have an email on their website
- 27% of Shopify stores in Texas in the United States provide a phone number on their website

| Type | Stores |
|------|--------|
| Email | 42,789 |
| Phone | 21,834 |

EXHIBIT 1

# Top Categories For Shopify Stores In Texas In the United States

Here is the breakdown of industry verticals for Shopify stores in Texas in the United States.

- 31.4% of Shopify stores in Texas in the United States sell Apparel products.
- 10.8% of Shopify stores in Texas in the United States sell Beauty & Fitness products.
- 10.7% of Shopify stores in Texas in the United States sell Home & Garden products.

| Category | Stores |
|----------|--------|
| Apparel | 25,529 |
| Beauty & Fitness | 8,756 |
| Home & Garden | 8,674 |
| Food & Drink | 5,193 |
| People & Society | 3,417 |
| Sports | 3,045 |
| Arts & Entertainment | 2,880 |
| Health | 2,809 |
| Toys & Hobbies | 2,334 |
| Gifts & Special Events | 1,838 |
| Autos & Vehicles | 1,729 |
| Pets & Animals | 1,679 |
| Business & Industrial | 1,576 |
| Consumer Electronics | 1,133 |
| Computers | 1,019 |
| Games | 777 |
| Books & Literature | 638 |
| Jobs & Education | 535 |



EXHIBIT 1

| | |
|---|---|
| Travel | 429 |

# Top Shopify Apps used in Texas in the United States

Here are the top 10 apps, ordered by number of installs, across all Shopify stores in Texas.

| App | Stores |
|---|---|
| Shopify Inbox | 14,427 |
| Judge.me Product Reviews App | 12,093 |
| Klaviyo: Email Marketing & SMS | 10,911 |
| Product Reviews | 8,754 |
| Geolocation | 6,311 |
| Instafeed - Instagram Feed | 6,234 |
| Printful: Print on Demand | 6,120 |
| Mailchimp Email SMS Marketing | 5,331 |
| Printify: Print on Demand | 5,244 |
| PageFly Landing Page Builder | 3,614 |

With a paid account on Store Leads, you'll be able to see which stores have installed specific apps. You can also see when specific apps were installed (or uninstalled) by each store.

# Employee Breakdown for Shopify stores in Texas

Here is the breakdown of Shopify stores in Texas by the number of employees.

EXHIBIT 1

| Employees | Stores |
|-----------|--------|
| Unknown | 77,959 |
| 1 - 9 | 1,928 |
| 10 - 24 | 612 |
| 25 - 49 | 285 |
| 50 - 99 | 166 |
| 100 - 249 | 110 |
| 250 - 999 | 94 |
| 1000 - 4999 | 19 |
| 5000+ | 7 |



## Top Shipping Carriers For Shopify Stores In Texas In the United States

- 17.9% of Shopify stores in Texas in the United States ship by USPS.
- 9.8% of Shopify stores in Texas in the United States ship by UPS.
- 5.5% of Shopify stores in Texas in the United States ship by Fedex.

Here are the top shipping carriers for stores on Shopify in Texas in the United States.

| Shipping Carriers | Stores |
|-------------------|--------|
| USPS | 14,515 |
| UPS | 7,938 |
| Fedex | 4,464 |
| DHL | 317 |
| Canada Post | 177 |
| Royal Mail | 102 |
| Australia Post | 84 |

EXHIBIT 1

| | |
|---|---|
| China Post | 56 |
| Correos | 26 |
| New Zealean Post | 10 |

# Top-level Domain Distribution For Shopify Stores In Texas In the United States

.com is the most common top-level domain, by far, for world-wide Shopify stores. Some countries have been faster than others to adopt alternate (such as country-specific) top-level domains.

- 87.1% of Shopify stores in Texas in the United States have a .com domain.
- 2.7% of Shopify stores in Texas in the United States have a .store domain.
- 2.7% of Shopify stores in Texas in the United States have a .shop domain.

Here is the top-level domain distribution for Shopify stores in Texas in the United States.

| Top-level Domain | Stores |
|---|---|
| .com | 70,707 |
| .store | 2,228 |
| .shop | 2,157 |
| .co | 1,430 |
| .net | 1,337 |
| .org | 912 |
| .us | 886 |
| .online | 133 |
| .art | 76 |
| .io | 73 |



# Top Shopify Stores In Texas In the United States

EXHIBIT 1

Here are the top stores in Texas in the United States ordered by worldwide store rank.

NAME
European Wax Center

DOMAIN
waxcenter.com

CITY
Plano

RANK
419

CREATED
2020/04/24

NAME
DC Shoes

DOMAIN
www.dcshoes.com

CITY
Houston

RANK
734

CREATED
2017/10/27

NAME
Juicy Couture

DOMAIN
juicycouture.com

CITY
Austin

RANK
740

CREATED
2019/08/23

NAME

EXHIBIT 1

Champion

DOMAIN
www.champion.com

CITY
Houston

RANK
795

CREATED
2016/12/30

NAME
Chubbies Shorts

DOMAIN
www.chubbiesshorts.com

CITY
Austin

RANK
1,090

CREATED
2016/12/30

## Get more insights on Shopify stores

Our search interface is easy to use and helps you find the Shopify stores that are relevant to you.

You can segment stores on a variety of dimensions:

- Social Media accounts
- Email address
- Phone numbers
- Country
- Installed Apps
- Theme and Theme Vendor
- Number of Products Sold
- Third-party technologies

EXHIBIT 1

- Creation date
- Platform
- Top-level domains
- Domain status
- Domain type



*Filter on stores with Facebook accounts.*

For more insights on Shopify stores, create a free account and have a look for yourself.

Access Now

# Other Reports

Have a look at these other reports to get a taste for what you can do with Store Leads.

- The State of Shopify
- Most Installed Shopify Apps

FEATURES

Sales Prospecting

Investing

Integrations

API

COMPANY

About

Contact

Customers

Blog

EXHIBIT 1

SUPPORT

LEGAL

Pricing

Privacy

Documentation

Terms

Tools for ecommerce professionals.

Lochside Software, Inc.

EXHIBIT 1

**Provincial Offences Court Activity (Part I and III only)**
**All Charges Received/All Charges Disposed**
**Ontario Court of Justice**
**Provincial Overview**
**October 2022 to September 2024**

| Date | Charges Received | | | Charges Disposed | | | | | | | | | Charges Pending | | | Avg. Days to Disposition | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Charges Disposed Before Trial | | | Charges Disposed at Trial | | | Total Charges Disposed | | | | | | | |
| | Part I | Part III | Total | Part I | Part III | Total | Part I | Part III | Total | Part I | Part III | Total | Part I | Part III | Total | Part I | Part III |
| October 2022 | 157,777 | 10,051 | 167,828 | 203,810 | 9,230 | 213,040 | 12,129 | 5,037 | 17,166 | 215,939 | 14,267 | 230,206 | 103,397 | 125,467 | 228,864 | 376 | 674 |
| November 2022 | 138,447 | 12,667 | 151,114 | 186,965 | 13,208 | 200,173 | 14,250 | 7,600 | 21,850 | 201,215 | 20,808 | 222,023 | 96,334 | 120,385 | 216,719 | 335 | 744 |
| December 2022 | 123,860 | 8,965 | 132,825 | 143,925 | 11,543 | 155,468 | 11,941 | 5,031 | 16,972 | 155,866 | 16,574 | 172,440 | 82,846 | 117,413 | 200,259 | 324 | 698 |
| January 2023 | 144,584 | 13,652 | 158,236 | 150,824 | 9,470 | 160,294 | 12,689 | 5,575 | 18,264 | 163,513 | 15,045 | 178,558 | 90,745 | 116,925 | 207,670 | 293 | 606 |
| February 2023 | 135,688 | 11,250 | 146,938 | 122,411 | 8,146 | 130,557 | 12,130 | 5,353 | 17,483 | 134,541 | 13,499 | 148,040 | 104,806 | 114,225 | 219,031 | 270 | 604 |
| March 2023 | 164,029 | 14,419 | 178,448 | 146,917 | 9,542 | 156,459 | 16,962 | 6,406 | 23,368 | 163,879 | 15,948 | 179,827 | 105,197 | 113,187 | 218,384 | 219 | 638 |
| April 2023 | 150,493 | 11,732 | 162,225 | 128,618 | 7,094 | 135,712 | 11,969 | 5,169 | 17,138 | 140,587 | 12,263 | 152,850 | 112,513 | 112,852 | 225,365 | 213 | 672 |
| May 2023 | 172,343 | 14,637 | 186,980 | 157,452 | 8,818 | 166,270 | 17,872 | 6,027 | 23,899 | 175,324 | 14,845 | 190,169 | 110,374 | 112,407 | 222,781 | 191 | 617 |
| June 2023 | 163,310 | 13,815 | 177,125 | 149,432 | 8,231 | 157,663 | 18,457 | 5,744 | 24,201 | 167,889 | 13,975 | 181,864 | 99,488 | 112,312 | 211,800 | 183 | 588 |
| July 2023 | 171,177 | 11,043 | 182,220 | 141,397 | 6,706 | 148,103 | 9,601 | 3,114 | 12,715 | 150,998 | 9,820 | 160,818 | 116,033 | 113,759 | 229,792 | 184 | 512 |
| August 2023 | 217,199 | 13,564 | 230,763 | 188,257 | 6,883 | 195,140 | 13,086 | 3,483 | 16,569 | 201,343 | 10,366 | 211,709 | 122,782 | 116,711 | 239,493 | 177 | 564 |
| September 2023 | 201,840 | 12,697 | 214,537 | 172,444 | 7,551 | 179,995 | 19,928 | 5,731 | 25,659 | 192,372 | 13,282 | 205,654 | 110,526 | 116,085 | 226,611 | 164 | 510 |
| **Total October 2022 to September 2023** | **1,940,747** | **148,492** | **2,089,239** | **1,892,452** | **106,422** | **1,998,874** | **171,014** | **64,270** | **235,284** | **2,063,466** | **170,692** | **2,234,158** | **110,526** | **116,085** | **226,611** | **237** | **627** |
| October 2023 | 213,582 | 12,795 | 226,377 | 193,785 | 7,285 | 201,070 | 16,391 | 5,031 | 21,422 | 210,176 | 12,316 | 222,492 | 110,486 | 116,172 | 226,658 | 165 | 511 |
| November 2023 | 186,068 | 13,882 | 199,950 | 170,516 | 8,378 | 178,894 | 17,904 | 5,570 | 23,474 | 188,420 | 13,948 | 202,368 | 106,095 | 115,565 | 221,660 | 159 | 495 |
| December 2023 | 189,715 | 11,080 | 200,795 | 156,934 | 6,432 | 163,366 | 12,822 | 4,890 | 17,712 | 169,756 | 11,322 | 181,078 | 100,819 | 115,802 | 216,621 | 161 | 464 |
| January 2024 | 205,862 | 14,686 | 220,548 | 209,829 | 8,479 | 218,308 | 20,542 | 6,530 | 27,072 | 230,371 | 15,009 | 245,380 | 107,331 | 114,794 | 222,125 | 146 | 474 |
| February 2024 | 194,553 | 12,385 | 206,938 | 167,937 | 8,512 | 176,449 | 17,953 | 5,247 | 23,200 | 185,890 | 13,759 | 199,649 | 118,834 | 113,157 | 231,991 | 131 | 490 |
| March 2024 | 215,316 | 13,812 | 229,128 | 178,460 | 8,853 | 187,313 | 20,509 | 5,671 | 26,180 | 198,969 | 14,524 | 213,493 | 107,207 | 112,959 | 220,166 | 128 | 441 |
| April 2024 | 253,457 | 15,155 | 268,612 | 208,142 | 9,008 | 217,150 | 18,428 | 5,398 | 23,826 | 226,570 | 14,406 | 240,976 | 110,288 | 114,083 | 224,371 | 127 | 443 |
| May 2024 | 272,111 | 15,980 | 288,091 | 231,243 | 9,518 | 240,761 | 19,337 | 4,951 | 24,288 | 250,580 | 14,469 | 265,049 | 120,225 | 115,538 | 235,763 | 133 | 434 |
| June 2024 | 221,718 | 13,808 | 235,526 | 210,410 | 8,153 | 218,563 | 20,192 | 5,021 | 25,213 | 230,602 | 13,174 | 243,776 | 117,958 | 115,790 | 233,748 | 138 | 418 |
| July 2024 | 261,244 | 13,543 | 274,787 | 267,877 | 7,326 | 275,203 | 15,450 | 4,038 | 19,488 | 283,327 | 11,364 | 294,691 | 112,789 | 117,690 | 230,479 | 135 | 1,005 |
| August 2024 | 221,632 | 14,816 | 236,448 | 208,774 | 7,247 | 216,021 | 13,696 | 3,382 | 17,078 | 222,470 | 10,629 | 233,099 | 119,546 | 122,041 | 241,587 | 141 | 419 |
| September 2024 | 226,904 | 13,376 | 240,280 | 201,510 | 7,707 | 209,217 | 20,898 | 5,753 | 26,651 | 222,408 | 13,460 | 235,868 | 109,254 | 121,898 | 231,152 | 144 | 412 |
| **Total October 2023 to September 2024** | **2,662,162** | **165,318** | **2,827,480** | **2,405,417** | **96,898** | **2,502,315** | **214,122** | **61,482** | **275,604** | **2,619,539** | **158,380** | **2,777,919** | **109,254** | **121,898** | **231,152** | **142** | **492** |

**Average Days to Disposition at Trial:** Average number of days from the date of the first hearing request to the final court appearance.
**Charges Disposed:** Number of charges finally completed.
**Charges Disposed at Trial:** Includes Failed to Attend –Convicted; Plead Guilty; Withdrawn; Quashed; Stayed; Dismissed/Acquitted; Plead Not Guilty – Convicted.
**Charges Disposed Before Trial:** Includes Pre-paid Fines; Plead Guilty; Fail to Respond – Convicted; Withdrawn; and Quashed.
**Charges Pending:** Charges with a future court date.
**Charges Received:** Total number of charges, regardless of whether they are against the same person.
**Part I:** Offences subject to Part I proceedings of the *Provincial Offences Act* , and *Federal Contraventions Act* charges.
**Part III:** Offences subject to Part III proceedings of the *Provincial Offences Act* , and *Federal Contraventions Act* charges.
The data is being provided "as is" for the specified purpose with the consent of the Ontario Court of Justice and may not be reused for any other purpose or shared beyond the original intended audience without seeking further approval of the Court. The Ministry of the Attorney General collects this data on behalf

| n at Trial |
| --- |
| **Total** |
| 463 |
| 477 |
| 435 |
| 389 |
| 372 |
| 334 |
| 351 |
| 298 |
| 279 |
| 264 |
| 258 |
| 242 |
| **344** |
| 246 |
| 238 |
| 245 |
| 225 |
| 212 |
| 196 |
| 198 |
| 194 |
| 194 |
| 315 |
| 196 |
| 202 |
| **220** |

f of the Court,

2/22/25, 5:41 AM    National Magazine Michael Lesage's one-man quest to shed light on the inner workings of Ontario's courts

Case 4:23-cv-03348   Document 37-1   Filed on 03/13/25 in TXSD   Page 14 of 43

ENGLISH    RECHERCHE

**Droit    Dossier**

# Michael Lesage's one-man quest to shed light on the inner workings of Ontario's courts

As cases get tossed due to backlogs and delays, lawyer says accessible data is needed to drive improvements

PAR GAIL J. COHEN    30 MAI 2024



iStock/peterspiro

PARTAGER:

Want to know how many cases were heard and filed in the courts in 2023? If you want those stats for California or Florida, it'll take you about half a second on Google to find them. But if you're looking for info closer to home, say in Ontario, you're mostly out of luck.



**5e Sommet national annuel sur les invalidités épisodiques et l'emploi**

**DATES :** 19 et 20 mars 2025
**HEURES :** de 12h00 à 15h30 (heure de l'Est) chaque jour
**LIEU :** Réunion virtuelle sur Zoom
**INSCRIPTION :** GRATUITE

Le thème de notre sommet est **La divulgation dans le dialogue.** Le Sommet catalysera le changement sur le lieu de travail en partageant les meilleures pratiques et en mettant en valeur les recherches clés. Ce que vous apprendrez peut soutenir la création d'un environnement de travail plus inclusif et plus accommodant qui soutient les personnes vivant avec une invalidité épisodique et profite également aux employeurs. **Rejoignez-nous !**

réalise
UN MOTEUR DE CHANGEMENT POUR LES PERSONNES VIVANT AVEC LE VIH ET D'AUTRES INVALIDITÉS ÉPISODIQUES

Restez
à jour
 

## CHOIX DE L'ÉDITEUR

**Dossier**

### Réparer les injustices historiques

**Actualités**

### Les préoccupations planent pour l'avenir

EXHIBIT 3

With a string of criminal cases ranging from human trafficking charges to child sexual abuse and gun possession being thrown out recently due to backlogs and delays in Toronto courts, lawyer Michael Lesage is in a heated battle with Ontario's attorney general to get statistics on how many cases are before the courts, the number of judge-only versus jury trials, and disposition rates of cases.

In contrast to the open court principle, Lesage says when he launched his case, the Superior Court had stopped providing even the minimal statistics in its annual report. Prior to a recent report released May 7, the last annual report from court was in 2018.

"If you want to improve something, you need to have some baseline against which to measure that improvement. Otherwise, we're basically having a discussion about 'why is green a better colour than purple.' You're simply getting into feelings," says Lesage.

The civil litigator initially asked the Ontario Superior Court for court file numbers for every civil case resolved by jury and non-jury trials in six Ontario courthouses over seven years. He did get one year's worth of data, but the chief justice denied his broader request.

In his ongoing push for transparency, Lesage filed a freedom of information request with the Ministry of the Attorney General in February 2022, seeking data for courts in Toronto, Newmarket, Durham, Hamilton, Brampton, and Milton. He was denied.

With little success, he went on to request judicial review numbers from the Superior Court. Last November, Justice Charles Chang said the open courts principle doesn't apply to court data, and access to that information is solely at the Court's discretion.

de la Charte

**Actualités**

Tentative de rattrapage dans le domaine du droit d'auteur

**Actualités**

Tourmente à la Cour suprême concernant la traduction

**Actualités**

Peut-on faire payer les pétrolières comme les cigarettiers?

2/22/25, 5:41 AM    National Magazine | Michael Lesage's one-man quest to shed light on the inner workings of Ontario's courts

Case 4:23-cv-03348    Document 37-1    Filed on 03/10/25 in TXSD    Page 16 of 43

"In my view, the transparency that is fundamental to and imbues the open court principle does not extend to" the data Lesage requested, Chang said. It does include "the public's right to attend hearings and access court documents and the press's right to inquire and comment on the workings of the courts," but not the aggregation and preparation of reports from bulk data.

The Ontario lawyer has appealed the decision. His case will be at the Court of Appeal on June 13.

"I think it would be a perverse result if ultimately the public had no right or way to know how many cases were actually reaching trial in these phenomenally expensive buildings we have or how long they were taking to get there," says Lesage.

The Attorney General's office did not respond to requests for comment, but stated in its appellate factum that it's up to Chief Justice Geoffrey Morawetz whether to release the data. He again refused Lesage's request in February of this year. Morawetz's office did not respond to questions about the issue.

Lesage, who started his legal career practising in Florida, says Ontario's courts are outdated and inefficient compared to ones of similar size in the United States and Europe. The number of cases reaching trial in the province is "incredibly low," he says, citing the information he obtained for 2019 when there were 234 civil trials in Toronto, 18 in Hamilton, and only nine in Milton.

"The Ontario court system wasn't functioning overly well before COVID. It was very antiquated, very backwards. Then COVID hit, and for all intents and purposes, the system effectively collapsed and closed," Lesage says.

"Since then, it's not at a complete standstill, but things move at a glacial pace."

EXHIBIT 3

Lawyers and the public need to better understand what's happening in the courts, he says, because while the delays mean serious criminal cases are being thrown out – even after findings of guilt in some instances – the crunch on judicial resources is also impacting the civil courts. In Toronto right now, he says it can take five or six years to get a civil court date – be it a simple breach of contract or a shareholder dispute. It takes 18 months to two years in nearby Milton.

The Supreme Court of Canada's 2016 decision in _R. v. Jordan_ set strict thresholds for the time between an accused's arrest and the anticipated conclusion of their trial: 30 months in superior court and 18 in provincial court. Barring exceptional circumstances, cases that violate the accused's constitutional right to a trial within a reasonable time will be tossed.

Ontario Superior Court Justice Michael Code and others across the country have used their decisions to call out the federal government's ongoing failure to appoint enough judges to handle the needs of the courts. About a year ago, Supreme Court of Canada Chief Justice Richard Wagner warned the prime minister that a chronic shortage of federal court judges was putting trials at risk and could undermine public confidence in Canada's democratic system.

The number of judicial vacancies across Canada in August 2023 was 86. Twenty-seven of these were in Ontario and 14 were in BC.

According to the office of the Commissioner for Federal Judicial Affairs, there were 57 openings nationwide as of May 1, with 19 in Ontario and 12 in BC. Since taking over the post in July of last year, Justice Minister Arif Virani has made 103 judicial appointments to superior and appeal courts.

However, in Lesage's opinion, putting more judges on the bench without any information about what they do isn't enough.

EXHIBIT 3

"How do we know we need more judges, for instance, in Toronto? Or if we got another ten judges, how many more cases could be tried in a year or resolved," he asks.

Despite Lesage's challenges, data is publicly available for some Ontario courts. The Ontario Court of Justice (whose judges are appointed by the province) publishes statistics on cases received and disposed annually. The Superior Court recently published a report with data from 2019-2023, but prior to that hadn't done so since 2018. The last annual report from the Court of Appeal was in 2013 under Chief Justice Warren Winkler.

The Court of Appeal is undergoing a modernization program, which spokesperson Jason Gennaro says will include a return to publishing annual reports, starting this year.

"The modernization program, once fully implemented, will help streamline court processes, reduce delays, and support the timely delivery of justice," he says.

"It will also help the Court to compile and publish statistics on Court activities."

PARTAGER:  f  🐦  in  ✉

Gail J. Cohen est une journaliste juridique basée à Toronto.

## ARTICLES LIÉS

EXHIBIT 3

2/22/25, 5:41 AM National Magazine | Michael Lesage's one-man quest to shed light on the inner workings of Ontario's courts

Case 4:23-cv-03348 Document 37-1 Filed on 03/19/25 in TXSD Page 19 of 43

Actualités

## Quel sort attend l'ACEUM en pleine guerre commerciale?

La conclusion prochaine d'un accord trilatéral de libre-échange amène les juristes canadiens spécialisés en droit commercial à se demander si les choses avancent malgré le terrain miné inconnu instauré par Donald Trump

PAR KEVIN DOUGHERTY

Dossier

## Privacy experts grappling with automated AI decision-making

Making decisions about individuals using computer algorithms is ubiquitous. But adding artificial intelligence to the mix makes things far more complicated.

PAR LUIS MILLÁN

Actualités

## Former Canadian spies rattled by what they see south of the border

Observers say Canada has little legal recourse if U.S. under Trump doesn't abide by intelligence-sharing agreements, which depend on trust

PAR STEPHEN MAHER

National Magazine

Contactez-nous

Regional Editions

Influence de l'ABC

Prise de position

Résolutions

Mémoires

Droit

Magistrature

Primauté du droit

Dossier

Actualités

Déontologie

Personnalités

Profil

Q&R

La pratique

Conseillers d'entreprise

Formation juridique

Fournisseurs alternatifs

Petits cabinets

National Magazine is the official periodical of the Canadian Bar Association and covers the latest trends and developments affecting the legal profession and the practice of law, as well as the latest news regarding the association and its activities. If you have suggestions, ideas or requests concerning

EXHIBIT 3

Opinion
Droit des
affaires
Accès à la
justice

**Marché
juridique**
Questions
réglementaires
Opinion
Conseillers
d'entreprise
Cabinets
juridiques
Technologie
Cabinets
partenaires

Milieu de
travail
Jeunes
juristes

this Web site or the
magazine, please send us an
e-mail at national@cba.org

EXHIBIT 3



← **Back**

---

## Sales Development Manager, Dallas Sales Hub

 Dallas
Sales

Apply Now

---

## About Shopify

Opportunity is not evenly distributed. Shopify puts independence within reach for anyone with a dream to start a business. We propel entrepreneurs and enterprises to scale the heights of their potential. Since 2006, we've grown to over 8,300 employees and generated over $1 trillion in sales for millions of merchants in 175 countries.

This is life-defining work that directly impacts people's lives as much as it transforms your own. This is putting the power of the few in the hands of the many, is a future with more voices rather than fewer, and is creating more choices instead of an elite option.

---

## About you

Moving at our pace brings a lot of change, complexity, and ambiguity—and a little bit of chaos. Shopifolk thrive on that and are comfortable being uncomfortable. That means Shopify is not the right place for everyone.

EXHIBIT 4

Before you apply, consider if you can:

- Care deeply about what you do and about making commerce better for everyone
- Excel by seeking professional and personal hypergrowth
- Keep up with an unrelenting pace (the week, not the quarter)
- Be resilient and resourceful in face of ambiguity and thrive on (rather than endure) change
- Bring critical thought and opinion
- Embrace differences and disagreement to get shit done and move forward
- Work digital-first for your daily work

---

## About the role

We're looking for a highly motivated **Sales Development Manager** to join our Sales team at our **Dallas TX Sales Hub.** This position offers a unique chance to build a rewarding career with a company that values growth and provides continuous opportunities for advancement.

**Where You'll Work**

We're looking for an energetic Sales Development Manager to join us in our Sales Hub in Dallas, TX and champion innovation and creativity while shaping the future of commerce.

You will work under a hybrid model spending 4 days a week (Monday, Tuesday, Thursday and Friday) in the Sales Hub office in Dallas. Shopify is Digital by Design and our workforce is remote. This hybrid model is something we are trying for certain Sales positions only. As such, you should be ready to pivot and be prepared for a future that is fully remote, fully hybrid, or something in between!

**Role Overview**

Our Sales Development team collaborates directly with notable brands and entrepreneurs. You'll help them launch or expand their commercial footprint, whether through e-commerce or physical retail. As a Shopify Sales Development Manager, you will play a vital role in scaling a high-performing team of Sales Development Representatives focused on our Retail segment.

EXHIBIT 4

Your responsibilities will include leading a motivated team to generate leads, achieve quotas at individual, team, and organizational levels, and align sales development objectives with regional goals in a key market.

At Shopify, we offer a unique opportunity for high-impact sales professionals to build a rewarding career with continuous growth opportunities. You will stay up-to-date with new commerce trends and develop a deep understanding of our product offerings to help merchants grow on Shopify.

**Qualifications**

- Demonstrated experience in managing a team of high-performing reps with outbound experience
- Proven leadership skills with a history of excellence
- Successful track record in SaaS or technology sales environments
- Proficiency in enterprise/up-market sales and a data-driven approach
- Strong organizational skills to effectively prioritize team tasks
- Excellent presentation and listening abilities

**You'll be working on things like:**

- Recruiting, leading, and training a team of 8-12 talented representatives focused on lead generation
- Motivating individuals and teams to surpass goals through coaching, regular result broadcasts, and creative incentives
- Cultivating a winning culture through mentoring and coaching team members
- Developing representatives to enhance their sales readiness for continuous professional growth
- Reporting on sales activity, call metrics, and forecasts to the leadership team
- Identifying areas for process enhancement, efficiency improvements, and increased productivity
- Collaborating with various departments like marketing, partnerships, sales, and enablement to ensure alignment and plan local events
- Strategizing and driving growth in net new merchant acquisition
- Experimenting with the SDR motion to explore innovative strategies that can drive growth for Shopify

**Craft @ Shopify**

Craft has always been the heart of Shopify. We're a company, founded by crafters, focused on a mission to make commerce better for everyone. This is why we want

EXHIBIT 4

careers at Shopify to reflect the incredible journey of getting better at your craft and applying it to push our mission forward. Shopifolk generally follow one of two career tracks

The crafter track is designed for individual contributors, whose primary purpose is getting shit done. Crafters hone their skills and gain experience primarily through project contributions, but they may also act as player coaches to their peers or lead small, focused teams of peer crafters executing on specific areas of the business or product.

The manager track is designed for people leaders, the stewards of the organization. The tool of a manager is their team, and this is how a manager makes the majority of their impact. They assemble, lead, and aim the team to ensure the team's crafters achieve Shopify's mission goals.

**This role is part of our manager track.**

**Still interested?** Great! To match you with your ideal role, we'll take the time to get to know you and the skills you bring to the table. If you're applying to a specific role, we'll respond within 10 business days. If we don't have an immediate opening, don't worry! We'll give you an update and keep you in mind for future roles. Just do us a favour and try not to submit more than one or two applications. Only submit additional applications if you *really* match the criteria for multiple roles.

---

# We hire people, not resumes. If you think you're right for the role, apply now.

Apply Now

---

**Work with us in your early career**

**Dev Degree program**

EXHIBIT 4

A 3-4-year program that allows people to earn a computer science degree while working. It's designed for those looking to break into computer science or transition into the tech field.

Learn more about our Dev Degree program

**Internship program**

Shopify offers 4-month paid Engineering internships that are open to students, recent graduates, and those early in their careers.

Learn more about our Internship program

**APM Program**

Shopify's 12-month Apprentice Product Manager program is designed to help you gain the skills needed to start a product management career.

Learn more about our APM program

---

Terms of Service
Privacy Policy

EXHIBIT 4

   Sales Development Manager, Dallas Sales Hub in Houston, TX



# Sales Development Manager, Dallas Sales Hub

Shopify · Dallas, TX

3 weeks ago · Be among the first 25 applicants

 **See who Shopify has hired for this role**

No longer accepting applications

## About Shopify

Opportunity is not evenly distributed. Shopify puts independence within reach for anyone with a dream to start a business. We propel entrepreneurs and enterprises to scale the heights of their potential. Since 2006, we've grown to over 8,300 employees and generated over $1 trillion in sales for millions of merchants in 175 countries.

This is life-defining work that directly impacts people's lives as much as it transforms your own. This is putting the power of the few in the hands of the many, is a future with more voices rather than fewer, and is creating more choices instead of an elite option.

## About You

Moving at our pace brings a lot of change, complexity, and ambiguity—and a little bit of chaos. Shopifolk thrive on that and are comfortable being uncomfortable. That means Shopify is not the right place for everyone.

Before you apply, consider if you can:

- Care deeply about what you do and about making commerce better for everyone
- Excel by seeking professional and personal hypergrowth

EXHIBIT 4

 Gmail

**Moe Farhat <ankouny@gmail.com>**

## Updated Invitation: Shopify Plus x Webinopoly @ Tue Aug 15, 2017 10am - 11am (CDT) (moe@webinopoly.com)

2 messages

---

<jessica.stroder@shopify.com>
Reply-To: <jessica.stroder@shopify.com>
To: <moe@webinopoly.com>, <stephanie.titus@shopify.com>, Martyn Boddy <martyn.boddy@shopify.com>

Mon, Aug 14, 2017 at 8:33 AM

---

**This event has been changed.**

### Shopify Plus x Webinopoly

**more details »**

| | |
|---|---|
| When | Tue Aug 15, 2017 10am – 11am Central Time |
| Where | **Changed:** WeWork Congress, 600 Congress Ave, Austin, TX 78701, USA (map) |
| Joining info | meet.google.com/oeq-efyw-uea |
| | Or dial: +1 609-459-0840 PIN: 7816# |
| Calendar | moe@webinopoly.com |
| Who | • jessica.stroder@shopify.com - organizer |
| | • stephanie.titus@shopify.com |
| | • Martyn Boddy |
| | • moe@webinopoly.com |

Desired outcome: learn more about Webinopoly, your goals, and your current work with Shopify Plus; identify any gaps we can help fill; determine next steps if Plus Partnership could be a good fit in the future.

Going?  **Yes** - **Maybe** - **No**  more options »

---

Invitation from Google Calendar

You are receiving this courtesy email at the account moe@webinopoly.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More

invite.ics

---

**Moe Farhat <moe@webinopoly.com>**
To: Preston Strickland <preston@pstricklandlaw.com>, William Love <william@lovelegalservices.com>

Thu, Feb 20 at 5:13 PM

Here is the meeting invite with Shopify back in 2017- address was:
WeWork Congress, 600 Congress Ave, Austin, TX 78701, USA

EXHIBIT 6

<div align="center">

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

</div>

| | | |
|---|---|---|
| Lower48 IP LLC, | § | No. 6:22-cv-00997 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Shopify, Inc., | § | |
| | § | |
| Defendant. | § | |
| | § | |

<div align="center">

## ORDER AFFIRMING U.S. MAGISTRATE JUDGE GILLILAND'S ORDER

## DENYING MOTION TO COMPEL DISCLOSURE

</div>

Before the Court is Defendant Shopify, Inc.'s ("Shopify") objection to U.S. Magistrate Judge Derek T. Gilliland's Order Denying Motion to Compel. (Dkt. # 32.) Shopify filed a Motion to Compel Disclosure of Third-Party Interests on June 7, 2023. (Dkt. # 24.) In a July 7, 2023 hearing, Judge Gilliland issued an Order denying Defendant's Motion to Compel. (Dkt. # 31.) Shopify filed an objection to Magistrate Judge Gilliland's Order pursuant to Rule 72 on July 21, 2023. (Dkt. # 32.) Plaintiff Lower48 IP LLC ("Lower48") filed a response to Shopify's objection on August 4, 2023. (Dkt. # 33.) The Court finds this matter suitable for

<div align="center">

1

</div>

EXHIBIT 7

disposition without a hearing. After careful consideration, the Court—for the reasons that follow— **AFFIRMS** Judge Gilliland's order. (Dkt. # 31.)

## I. BACKGROUND

Lower48 sued Shopify on September 22, 2022 for infringing four of its patents related to website technology.[1] (Dkt. # 1 at 1.) Shopify filed a Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) on December 12, 2022. (Dkt. # 12.) Lower48 amended the complaint on January 3, 2023, and Shopify's Motion to Dismiss was Mooted. (Dkt. # 15.)

On June 7, 2023, Shopify requested the Court issue an order compelling Lower48 to disclose all third-party interests involved in this action. (Dkt. # 24.) Shopify alleged Lower48 has received financial support from a third party to cover its expenses in connection with this litigation, with IP Edge and USIF being specifically identified as active litigation funders. (Id. at 1) Shopify contends that identifying other third parties and comprehending the extent of their financial interests is vital for assessing the existence of any potential conflicts of interest between the involved parties and the Court. (Id.) In Lower48's reply to Shopify's

---

[1] Patent Nos. 7.681,177 and 10,140,349, 11,100,070 and 11,194,777 (collectively the "patents-in-suit).

2

EXHIBIT 7

motion, it stressed that it has provided the court with the disclosure requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. (Dkt. # 25 at 4.) Shopify expressed dissatisfaction with both the disclosure and in camera review of the litigation funders IP Edge and US Innovation Fund. (Dkt. # 32-2 at 12.)

Judge Gilliland denied the Motion to Compel on July 14, 2023. (Dkt. # 31.) Judge Gilliland stated that "the Court has sufficient information for [Rule 455]" and that "none of the judges of the Western District of Texas have ordered the production of [disclosure of all third-parties]." ECF No. 32-2 at 16:10-17:1.

Defendant objects to Judge Gilliland's Order pursuant to U.S.C. § 455(a), which mandates federal judges to recuse themselves "in any proceeding in which [their] impartiality might reasonably be questioned," and § 455(b), which obligates federal judges to disqualify themselves when they possess an "interest that could be substantially affected by the outcome of the proceeding." (Dkt. # 32 at 6.) Defendant also heavily relies on a precedent set by the District Court of Delaware in its objection. The court in the case Defendant cites discussed the potential ramifications of positioning litigation in a manner that would undermine the efficacy of the disclosure obligations outlined in Rule 7.1. (ECF No. 32-2 at 3:25-4:9; Nimitz TechS. LLC v. Canary Connect, Inc., No. CV. 22 572-CFC, 2023 WL

3

EXHIBIT 7

4420467 (D. Del. July 10, 2023)).  Defendant does not cite similar precedent in the Western District of Texas or the Fifth Circuit.

Lower48 argues that courts nationwide have not required disclosure of the information that Shopify seeks.  (Dkt. # 25.)  Precedent in the Western District of Texas has consistently denied motions to compel production of information related to litigation funding.  See Trustees of Purdue Univ. v. STMicroelectronics N.V., No.  6:21-CV-00727-ADA, Dkt. 250 (W.D. Tex. Jan. 18, 2023); Mullen Indus. LLC v. Apple Inc., No. 6:22-CV-00145, Dkt. 64 at p. 5 (W.D. Tex. Oct. 19, 2022).

## II. LEGAL STANDARD

This Court assesses a Magistrate Judge's order under Rule 72(a) of the Federal Rules of Civil Procedure.  Rule 72(a) enables a "party" to object to a non-dispositive order by a Magistrate Judge, requiring the district judge to review timely objections.  The district judge must modify or overturn any part of the order that is clearly erroneous or contrary to the law.  See Fed. R. Civ. P. 72(a); see also W. DIST. LOC. R. app. C, 4(a) (citing 28 U.S.C. § 636(b)(1)(A) ( "[a] judge of the [district] court shall consider the appeal and shall set aside any portion of magistrate judge's order found to be clearly erroneous or contrary to law")).  "Where a magistrate judge has properly applied the law to fact findings that are not

4

EXHIBIT 7

clearly erroneous ... the magistrate judge's decisions are discretionary and the ruling may only be reversed for abuse of discretion." Sparling v. Doyle, No. EP-13-CV-00323-DCG, 2016 WL 236266, at *2 (W.D. Tex. Jan. 20, 2016)); accord Bankhouse v. United States, No. CV SA-21-CA-742-FB, 2021 WL 9059750 (W.D. Tex. Dec. 20, 2021).

### III. ANALYSIS

#### A. Defendants' Objection

Shopify claims that Judge Gilliland's order included "clear error and [was] contrary to the law." (Dkt. # 32 at 1.) Defendant is unsatisfied that only two third-party identities have been disclosed, those of IP Edge and US Innovation Fund ("USIF"). Defendant alleges that IP Edge "strategically and habitually structures its litigation financing to avoid its disclosure obligations under Rule 7.1." (Dkt. # 32 at 8.)

Defendant further alleges that Judge Gilliland's ruling is based on insufficient existing case law in the Western District of Texas. (Id. at 7.) Defendant relies on the Local Rules in Fifth Circuit and the Northern District of Texas and case law in the state of Delaware to demonstrate that the Western District of Texas should require additional disclosure of third parties in this case.

5

EXHIBIT 7

ECF No. 32-2 at 7:8-8:4.   Judge Gilliland discussed this issue in the motion hearing, stating:

> [As] none of the districts – or none of the judges of the Western District of Texas have ordered production of this type of information on this basis, I'm not going to grant the requested relief and will maintain the essential – essentially the prior cases along this line.   So those will be the general basis for denying the motion.

(Dkt. # 32-2 at 16.)   Judge Gilliland also expressed that merits discovery and merits motions is a more economically efficient way to ferret out weak patent infringement cases than requiring disclosure of litigation funders.

## B. <u>Plaintiff's Response</u>

Plaintiff cites several cases from the Western District of Texas in support of Judge Gilliland's decision. In these cases, the courts denied motions to compel production of information regarding litigation funding. (Dkt. # 33 at 2.)

Plaintiff further notes that it was willing to provide documents for in camera review to evaluate any potential conflicts.   (Id.)   Plaintiff also points out that Shopify's motivation for filing this motion is to benefit itself rather than protect the Court's credibility, stating, "they want to know how much money plaintiff has to spend … [they can] use more to muscle plaintiffs out." ECF No. 32-2 at 14:8-21.

6

EXHIBIT 7

Judge Gilliland agreed, finding that there was no need for more information on litigation funders, stating:

> I think we've identified in the motion the two entities that defendants are most concerned about. So the Court has those entities' information for purposes of conflicts. I also note that under Rule 455, we've gotta be concerned about things where the Court's impartiality might reasonably be questioned. I think the Court has sufficient information for that, as well.

(Dkt. # 32-2 at 16.)   Neither precedent in the Western District of Texas nor need to clarify the Court's credibility necessitate further disclosure.

## C. Order

This Court may require the full disclosure of all third-party litigation funders if Judge Gilliland's decision was clearly erroneous or contrary to law.   See Fed. R. Civ. P. 72(a).; 28 U.S.C. § 636(b)(1)(A).   Because there is no legal requirement in the Western District of Texas to require full disclosure of the information Shopify is seeking, the Court cannot find that the Order contains a clear error.

## IV. CONCLUSION AND ORDER

Defendants have failed to demonstrate that Judge Gilliland's Order Denying Defendant's Motion to Compel was clearly erroneous or contrary to law.

EXHIBIT 7

For that reason and the reasons stated above, the Court **AFFIRMS** U.S. Magistrate Judge Gilliland's Order Denying the Motion to Compel.[2]   (Dkt. # 31.)

**IT IS SO ORDERED.**

**DATED**: November 2, 2023.

_____
David Alan Ezra
Senior United States District Judge

---

[2]  As an aside, this Court notes that the only stock it owns is in the publicly traded company UAL (commonly known as United Airlines and its immediate affiliates). To this Court's knowledge, UAL does not engage in litigation funding for the parties.

8

EXHIBIT 7

**Linkedin**

Join now    Sign in

Articles    People    Learning    Jobs    Games    Get the app

## Ryan Fernando's Post

**Ryan Fernando**
Account Executive at Shopify
1mo

After an incredible 3 years at Square, it's time for the next chapter in my professional journey. I'm beyond grateful for the experiences, challenges, and growth that Square has provided me. It's been an amazing ride, and I've learned so much from the talented, innovative team and the inspiring mission we worked toward every day. Thank you to everyone at Square for making this such a memorable experience! 🙏

That said, I'm thrilled to share that I'm joining Shopify at the new Sales Hub in Dallas opening this year. I'm excited for the opportunity to be part of such an incredible company and to continue my journey in the world of e-commerce, innovation, and entrepreneurship. I can't wait to work with Colin Sinclair and Diana Gates as Shopify looks to grow the team in Dallas!

Here's to new adventures and growth ahead! 🌱

#Grateful #NewBeginnings #Shopify #Square #CareerJourney #ExcitedForTheFuture

👍👏❤️ 91 · 18 Comments

👍 Like          💬 Comment          ↪ Share

**Colin Sinclair**                                                    1mo    ⋮

So pumped man! Going to be great!

👍 Like · 💬 Reply

**Neziya Kaur**                                                       3w    ⋮
Senior Sales Development Lead

Congratulations Ryan! Wishing you all the best in your new role.

👍 Like · 💬 Reply

**Connor Hatch**                                                     1mo    ⋮
Account Executive at Square

Congrats Ryan — It was a pleasure working with you!

👍 Like · 💬 Reply

EXHIBIT 8

**Diana Gates**                                                                         1mo
Senior Lead Sales Development | High-Performing Team Builder

Welcome to the team!! Excited to build this with you from the ground up.

Like · Reply | 1 Reaction

**Honely Stuckey**                                                                      1mo
Global Accounts Manager at HemIsBriscoe

Congrats Ryan!

Like · Reply

**Tom Hanrahan**                                                                        1mo
EVP: Global Head of Sales @ Square | ex Amazon | 10x Revenue Leader

Congrats Ryan - thank you for all of your hard work at SQ and best of luck in your new role!

Like · Reply | 1 Reaction

**Sumith De Silva**                                                                     1mo
Quality Engineer @ Quickstep Holdings Limited | Quality Control Expert

Wishing you the best Ryan, Congratulations!

Like · Reply | 1 Reaction

**Laxmi Pariti**                                                                        1mo
Senior Consultant at NTT DATA

Congrats Ryan!

Like · Reply

**Melodie Fernando**                                                                    1mo
We are the Heart Between People and Jobs!

Congrats Ryan! Excited for all of the wonderful things you have coming your way in 2025!

Like · Reply | 1 Reaction

See more comments

To view or add a comment, **sign in**

## More Relevant Posts

**Chada Saetie**                                                                        ...
Product leader | Ex-Square, Ex-Pivotal Labs

EXHIBIT 8



## Ryan Fernando · 3rd
Account Executive at Shopify

- Shopify
- The University of Texas at Dallas

Plano, Texas, United States · Contact info

500+ connections

Message    + Follow    More

## About

I am a results-driven outbound sales professional that thrives on the challenges of the everevolving business landscape and am committed to delivering exceptional value to the customer. My goal is to provide innovative solutions that not only meet their needs but also drive their success. With a strong background in relat ...see more

## Activity
637 followers

Posts    Comments



Ryan Fernando · 3rd+
Account Executive at Shopify
1mo · 🌐

After an incredible 3 years at Square, it's time for the next chapter in my professional journey. I'm beyond grateful for the experiences, challenges, and growth that Square has provided me. It's been an amazing ride, and I've learned so much from the talented, innovative team and the inspiring mission we worked toward every day. Thank you to everyone at Square for making this such a memorable experience! 🙏

That said, I'm thrilled to share that I'm joining Shopify at the new Sales Hub in Dallas opening this year. I'm excited for the opportunity to be part of such an incredible company and to continue my journey in the world of e-commerce, innovation, and entrepreneurship. I can't wait to work with Colin Sinclair and Diana Gates as Shopify looks to grow the team in Dallas! ...more

91 · 18 comments

Like

Ryan Fernando · 9mo · 🌐
Account Executive

After an incredible journe to Dallas, Texas us, I'm thr recently taken on a new r

Starting a

87 · 24 comm

EXHIBIT 9



Show all posts →

## Experience



**Account Executive**
Shopify · Full-time
Dec 2024 - Present · 3 mos
Dallas, Texas, United States · On-site



**Square**
Full-time · 3 yrs 1 mo

**Account Executive**
Jan 2024 - Jan 2025 · 1 yr 1 mo
Dallas, Texas, United States · Remote

**Business Development Representative**
Jan 2022 - Jan 2024 · 2 yrs 1 mo
Sydney, New South Wales, Australia

• Demonstrated an ability to close deals and generate revenue by effectively identifying...



**Business and Sales Development Representative**
Guesty · Full-time
Jan 2021 - Jan 2022 · 1 yr 1 mo
Sydney, New South Wales, Australia

• Performed in a development role of demoing Inbound, Outbound, and Targeted...



**Gorilla Corporation**
2 yrs
Dallas/Fort Worth Area

**Partner Development Manager Nutanix America**
Full-time
Dec 2019 - Dec 2020 · 1 yr 1 mo

- Manage Marketing Campaigns for 57 Nutanix Partners under the Nutanix XPAND License...

**Virtual Marketing Intern**
Internship
Jan 2019 - Dec 2019 · 1 yr

## Education



**The University of Texas at Dallas**
Bachelor of Science - BS, Information Technology
2015 - 2019



**Jesuit Dallas**
High School Diploma
2011 - 2015

## Volunteering



**Meal Server**
Boy Scouts of America
Nov 2010 - Nov 2015 · 5 yrs 1 mo
Poverty Alleviation

EXHIBIT 9



During the Holidays, we would partner with Golden Chick to prepare meals
Food Delivery Driver
Meals on Wheels America
Aug 2014 - May 2015 · 10 mos
Poverty Alleviation

- delivered meals to individuals at home who are unable to purchase or
prepare their own meals...

## Skills

### Microsoft Office
 Endorsed by 1 person in the last 6 months

1 endorsement

### Leadership
 Endorsed by 1 person in the last 6 months

1 endorsement

Show all 16 skills →

## Recommendations

**Received**     Given

**Nothing to see for now**
Recommendations that Ryan receives will appear here.

## Courses

### Advance Business Communication
4350
 Associated with The University of Texas at Dallas

### Advanced Database Management
4380
 Associated with The University of Texas at Dallas

Show all 9 courses →

## Honors & awards

### JSOM Freshman Excellence Scholarship
May 2015
 Associated with The University of Texas at Dallas

## Languages

### English
Native or bilingual proficiency

### Spanish
Professional working proficiency

EXHIBIT 9



## Interests

Top Voices | Companies | Groups | Newsletters | Schools

**Mark Cuban** · 3rd
President
7,951,113 followers
+ Follow

**Harley Finkelstein** · 2nd
Shopify President
107,023 followers
+ Follow

Promoted •••
HITACHI Inspire the Next
Hitachi
Hitachi Social Innovation is POWERING GOOD
See how Hitachi is working for the global environment.
**Victor** & 6 other connections also follow
Follow

## More profiles for you

**Daniel Kelleher** · 3rd
Sales Manager at Square
View profile

**Eric A.** · 3rd
Account Executive | Lawyer | Salesforce | Ex MuleSoft | Product Owner
View profile

**Mitch R.** · 3rd
Account Executive at Square
View profile

**Colin Birney** · 3rd
Head Of Sales at Square AU
View profile

**Lauren Thornhill** · 3rd
Sales Leadership @ Square (Block)
View profile

Show all

## Explore Premium profiles

**Timothy Bond** · 2nd
Associate Attorney at Daniels & Tredennick PLLC
Connect

EXHIBIT 9



**Kyle Wagner** 🔗 · 2nd
Senior Counsel / Vice President of Acquisition Management

🧑‍🤝‍🧑 Connect

**Diana Ozuna** 🔗 · 2nd
Associate Attorney- Ewing & Jones

🧑‍🤝‍🧑 Connect

**Wes McCutcheon** 🔗 · 2nd
Associate Attorney

🧑‍🤝‍🧑 Connect

---

**People you may know**
From Ryan's company



**Ebosetale Eseigboria**
Graphic Designer | Professional Freelancer | Web-based Research & Development Specialist

🧑‍🤝‍🧑 Connect



**ZEKO MHD**
E-commerce Specialist | Digital Marketing Strategist

🧑‍🤝‍🧑 Connect



**Josh Hannis**
Shopify Plus Developer 🚀 | Custom Shopify Solutions, Theme Builds & Third-Party Integrations 👨‍💻

🧑‍🤝‍🧑 Connect



**Jelena Rsumovic**
Software Development Engineer in Test (SDET) | QA Automation Engineer | Expert in Selenium, Java, Cucumber, API Testing | Proficient in Agile &...

🧑‍🤝‍🧑 Connect



**urooj iqbal**
"HTML & CSS Enthusiast | Entry-Level Web Developer | Passionate About Frontend Development"

🧑‍🤝‍🧑 Connect

Show all

---

**You might like**
Pages for you



**NAPE Expo LP**
Oil and Gas
11,606 followers

 30 connections follow this page

➕ Follow



**Stephen F. Austin State University**
Higher Education
85,891 followers

EXHIBIT 9



5 connections follow this page

+ Follow

Show all

EXHIBIT 9