IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY<br><br>*Plaintiff,*<br><br>VS.<br><br>SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD.,<br><br>*Defendants.* | Civil Action No. 4:23-CV-03348 |

**ORDER DENYING DEFENDANTS' MOTION TO DIMISS**

On the __ day of _____, 2025, this Court heard Plaintiff High Tech Republic, Inc. d/b/a Webinopoly's Response to Defendants' Motion to Dismiss. The Court, after examining the pleadings, the summary judgment evidence and considering the arguments of counsel, is of the opinion and finds the following:

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that Defendants' Motion to Dismiss is **DENIED**, that the lawsuit will remain in the United States District Court for the Southern District of Texas, Houston Division, and that Defendants take nothing. All costs of Court are taxed against the party incurring the same.

**SIGNED** this _____ day of _____, 2025.

_____
JUDGE PRESIDING