IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY | § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 4:23-CV-03348 |
| SHOPIFY INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., | | |
| *Defendants*. | | |

**DEFENDANTS' STIPULATED UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Shopify Inc., Shopify Commerce Singapore Pte. Ltd., and Shopify International Limited (together, the "Defendants") file this Stipulated Unopposed Motion to Extend Defendants' Deadline to File the Reply in Support of their Motion to Dismiss, and hereby stipulate and agree as follows:

Defendants filed their Motion to Dismiss on January 24, 2025 (*see* Dkt. 36), and Plaintiff filed its Response to the Motion to Dismiss on March 13, 2025 (*see* Dkt. 37). Counsel for Plaintiff and Defendants (collectively, the "Parties") agreed to briefly extend Defendants' deadline to file their reply in support of the Motion to Dismiss due to conflicting deadlines and requirements of counsels' time in other matters. The Parties accordingly agreed to extend Defendants' deadline to file their reply until March 28, 2025.

Therefore, the Parties, by and through their undersigned counsel, stipulate and agree that Defendants' deadline to file their reply in support of their Motion to Dismiss is continued to **March 28, 2025**.

1

## CONCLUSION AND PRAYER

For the reasons set forth above, the Parties respectfully request that this Court extend the time for Defendants to file their reply in support of the Motion to Dismiss to March 28, 2025, and grant any other relief to which they are entitled at law or in equity.

Respectfully submitted,

AJAMIE LLP

By: */s/ Eric Chenoweth*
Eric Chenoweth
Texas Bar No. 24006989
Nicholas E. Petree
Texas Bar No. 24083657
Pennzoil Place – South Tower
711 Louisiana, Ste. 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
echenoweth@ajamie.com
npetree@ajamie.com

**ATTORNEYS FOR SHOPIFY INC., SHOPIFY COMMERCE SINGAPORE PTE. LTD., AND SHOPIFY INTERNATIONAL LIMITED**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ Eric Chenoweth*
Eric Chenoweth