IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIGH TECH REPUBLIC, INC. d/b/a WEBINOPOLY §§§§§ *Plaintiff*, | |
| v. § | Civil Action No. 4:23-CV-03348 |
| SHOPIFY, INC.; SHOPIFY COMMERCE SINGAPORE PTE. LTD.; and SHOPIFY INT. LTD., §§§§§§ *Defendants*. | |

## [PROPOSED] ORDER

Upon consideration of the Stipulated Unopposed Motion to Extend Defendants' Deadline to File the Reply in Support of their Motion to Dismiss (the "Motion"), it is the opinion of this Court that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED in its entirety.

It is further ORDERED that the deadline for Defendants to file their reply in support of the Motion to Dismiss is extended to March 28, 2025.

It is so ORDERED.

SIGNED on _____.

_____
HONORABLE JUDGE KENNETH M. HOYT